Third Department. May 16, 1911.) Action by James Blute against Cornelius C. Fellowes. No opinion. Motion for reargument denied. For former opinion, see 128 N. Y. Supp. 18.

B. M. MALTZ CO., Respondent, v. HERMAN J. LEVY REALTY & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by the B. M. Maltz Company against the Herman J. Levy Realty & Construction Company. No opinion. Motion denied, with costs. See, also, 128 N. Y. Supp. 1113.

B. M. MALTZ CO., Respondent, v. MARTIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by the B. M. Maltz Company against George J. Martin and another. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BOBETH, Respondent, v. MAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Benjamin O. Bobeth against Robert H. May and others. No opinion. Judgment and order affirmed, with costs.

BOROUGH BANK OF BROOKLYN, Respondent, v. McLAUGHLIN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by the Borough Bank of Brooklyn against Edward J. McLaughlin, impleaded with others.

PER CURIAM. No sufficient reason appears why the officers of the plaintiff should not be examined before trial. Order reversed, with $10 costs and disbursements, and order for examination reinstated.

BURR, J., dissents, solely upon the ground that the testimony sought would be inadmissible upon the trial. Jamestown Business College Association v. Allen, 172 N. Y. 291, 64 N. E. 952, 92 Am. St. Rep. 740.

BOWMAN, Appellant, v. FURBER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Archibald Bowman against Percy N. Furber and others. (Appeal No. 2.) No opinion. Order affirmed on reargument, with $10 costs and disbursements. See, also, 127 N. Y. Supp. 1113.

BOYCE, Respondent, v. WALKER et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Scott G. Boyce against Warren D. Walker and another. No opinion. Judgment unanimously affirmed, with costs. See, also, 130 App. Div. 305, 114 N. Y. Supp. 166.

BOYLE et al., Appellants, v. BLISS, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by William H. Boyle and another against John J. Bliss. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the decision is against the weight of evidence.

BRAVEN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Bertha Braven, as administratrix, etc., against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

BREGMAN, Appellant, v. PELLMAN, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Louis Bregman against Louis Pellman. No opinion. Motion to dismiss appeal granted, with $10 costs.

BREWSTER v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Barnet Brewster against the Interborough Rapid Transit Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 68 Misc. Rep. 348, 123 N. Y. Supp. 992.

BRISKMAN, Appellant, v. BERINSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Samuel Briskman against Abraham M. Berinstein. M. S. Hyman, for appellant. E. L. Adams, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BRISKMAN, Appellant, v. ECKHARDT, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Joseph Briskman against John H. Eckhardt. No opinion. Judgment affirmed, with costs.

BROOKLYN HEIGHTS R. CO., Respondent, v. BROOKLYN CITY R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1911.) Action by the Brooklyn Heights Railroad Company against the Brooklyn City Railroad Company. No opinion. Motion to postpone granted, and case ordered placed at the head of the day calendar for October 3, 1911. See, also, 132 App. Div. 936, 116 N. Y. Supp. 1132.

BROWN, Respondent, v. THOMPSON STARRETT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by George E. Brown against the Thompson Starrett Company and others. F. M. Clark, for appellants. E. P. Kilroe, for respondent. No opinion. Oorder affirmed, with $10 costs and disbursements. Order filed. See, also, 139 App. Div. 632, 124 N. Y. Supp. 396.

BRYAN, Respondent, v. CARTER, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by George F. Bryan against Bennett C. Carter.

PER CURIAM. Judgment of the Municipal Court modified, by striking out the award of costs to plaintiff, on the ground that no written notice for plaintiff, nor any verified pleading, was filed (Municipal Court Act [Laws 1902, c. 580] § 332), and further modified by striking